ACCEPTED
01-15-00569-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 4:39:28 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00569-CR

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 4:39:28 PM
CHRISTOPHER A. PRINE
Clerk

VICTOR ALAS

VS.

THE STATE OF TEXAS

Appealed from the District Court
of Harris County, Texas
338TH Judicial District
Cause No. 14667825

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, VICTOR ALAS, Appellant in the above styled and numbered cause and would respectfully show the Court as follows:

I.

The complete record was filed in this case on or about September 14, 2015. Appellant's brief is due on October 14, 2015. Appellant submits that there is good

cause for this extension on the basis that Appellant's Counsel has been working on the following matters in the last thirty days:

1.    *State v. Kevin Flood*; in the 174th Judicial District of Harris County, Texas in Cause No. 14607940; for the offense of Engaging in Organized Criminal Activity; set on court's docket for a pre-trial conference on October 8, 2015;

2.    *State v. Ron Haskell*; in the 351st Judicial District of Harris County, Texas in Cause No. 143404395; for the offense of Capital Murder; a hearing on a Motion for a Change of Venue set on September 1,2015;

3.    *Wayne Edward Lindsey v. State of Texas; 14-15-00143;* Brief was filed on September 4, 2015; on appeal from the 262nd Judicial District of Harris County, Texas, in cause 1426650 for the offense of Aggravated Assault;

4.    *State v. Teddi Ferguson*; Cause Numbers 1418644; 1433616;1434043 for the Offenses of Burglary of a Habitation; Aggravated Robbery and Auto Theft in the 178th Judicial District of Harris County, Texas, docketed on September 25, 2015;

5.    *Raymond Payne v. State of Texas; 14-15-00---;* Record due on October 21, 2015; on appeal from the 185th Judicial District of Harris County, Texas, in cause 1430580 for the offense of Murder;

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that the court grant this motion and extend the time for filing the brief for sixty days until December 14, 2015.

Respectfully submitted,

/s  *Douglas M. Durham*

DOUGLAS M. DURHAM
State Bar No. 06278450
2800 Post Oak Blvd Suite 4100
Houston, Texas 77056
(832) 390-2252 Telephone
(832) 390-2350 Fax
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has forwarded to Mr. Allan Curry, Assistant District Attorney, Chief of Appellate Division, 1201 Franklin, Suite 600, Houston, Texas  77002 via fax to (713) 755-5809 on this the 14th day of October 2015.

/s *Douglas M. Durham*
_____
DOUGLAS M. DURHAM

STATE OF TEXAS § 
§ 
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared DOUGLAS M. DURHAM, who after being duly sworn, on his oath stated that each allegation and statement contained in this motion is true and correct to the best of his knowledge.

*s/ Douglas M. Durham*
DOUGLAS M. DURHAM

SUBSCRIBED AND SWORN TO before me on this the 14th day of October, 2015.



RACHEL OFFENHAUSER
Notary Public, State of Texas
My Commission Expires
April 04, 2018

Notary Public in and for the
State of Texas
My Commission Expires: April 4, 2018

NO. 01-15-00569-CR

---

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT
HOUSTON, TEXAS

---

VICTOR ALAS

VS.

THE STATE OF TEXAS

---

Appealed from the District Court of
Harris County, Texas 338TH
Judicial District
Cause No. 14667825

---

## **O R D E R**

On this_____day of_____, 2015, came on to be

heard Appellant's Motion for Extension of Time to File Appellant's Brief which is

granted/denied. It is hereby ordered Appellant's brief is due _____day of

_____, 2015.